# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:16-cr-00362-APG-PAL |
| ) | |
| vs. ) | ORDER |
| ) | |
| ANWAR AMIN SAMA, ) | (Docket No. 34) |
| ) | |
| Defendant. ) | |

Pending before the Court is Defendant's unopposed motion to modify conditions to permit travel. Docket No. 34. Defendant asks the Court to allow him to travel to New York, New York from March 21, 2018 through March 30, 2018, to spend Spring Break with his wife and children. *Id*. at 2. Defendant submits that neither the government nor his Pretrial Services Officer Samira Barlow objects to his request. *Id*.

Accordingly, Defendant's request to travel, Docket No. 34, is hereby **GRANTED**. Defendant may travel to New York, New York from March 21, 2018 through March 30, 2018, to spend Spring Break with his wife and children. No later than February 16, 2018, Defendant must provide his travel itinerary and detailed travel plans to his Pretrial Services Officer. Officer Barlow may fashion any parameter she believes are necessary for Defendant's travel.

IT IS SO ORDERED.

DATED: February 2, 2018.

_____
NANCY J. KOPPE
United States Magistrate Judge