# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　Plaintiff<br><br>v.<br><br>Anwar Amin Sama, a/k/a Kawsu Ba,<br><br>　　Defendant | Case No.: 2:16-cr-0362-APG-PAL<br><br>**Order Revoking Defendant's Citizenship and Canceling Certificate of Naturalization**<br><br>[ECF No. 43] |

Defendant Anwar Amin Sama, a/k/a Kawsu Ba (Sama), pleaded guilty and was convicted of Naturalization Fraud under 18 U.S.C. § 1425. The government has moved to revoke Sama's citizenship and cancel his Certificate of Naturalization. ECF No. 43. Under 8 U.S.C. § 1451(e), I must "revoke, set aside, and declare void the final order admitting [Sama] to citizenship," and declare his certificate of naturalization canceled.

IT IS HEREBY ORDERED that the order of citizenship of defendant Anwar Amin Sama, a/k/a Kawsu Bah, is revoked, set aside, and declared void, and the certificate of naturalization admitting him to United States citizenship (Certificate of Naturalization number A075986855) is canceled.

IT IS FURTHER ORDERED that, from the date of this order, Anwar Amin Sama, a/k/a Kawsu Bah, is forever restrained and enjoined from claiming any rights, privileges, or advantages under any document that evidences United States citizenship and that was obtained as a result of his naturalization on May 7, 2010.

IT IS FURTHER ORDERED that Anwar Amin Sama, a/k/a Kawsu Bah, shall immediately surrender and deliver to the Attorney General or his representatives (1) his Certificate of Naturalization and any copies thereof in his possession; (2) all other indicia of

United States citizenship and any copies thereof in his possession, including United States passports, voter registration cards, and other voting documents; and (3) to make good faith efforts to recover and surrender any copies of any of these documents that he knows are in the possession of others.

Dated: January 30, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE